IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.    11-cv-02717-PAB-MJW

JAMES L. NERO, individually and on behalf of a class of others similarly situated,

Plaintiff(s),

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Plaintiff's Renewed Motion for Leave to File Second Amended Complaint (Docket No. 14) is granted, and the tendered Plaintiffs' corrected Second Amended Complaint at Law (Docket No. 14-1) is accepted for filing as of the date of this Minute Order.

Date: January 3, 2012