IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 11-cv-02717-PAB-MJW

JAMES L. NERO, individually and on behalf of a class of others similarly situated,

     Plaintiffs,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY and
AMERICAN STANDARD INSURANCE COMPANY OF WISCONSIN,

     Defendants.

_____

**ORDER OF DISMISSAL WITHOUT PREJUDICE
AS TO DEFENDANT AMERICAN STANDARD
INSURANCE COMPANY OF WISCONSIN**

_____

     This matter comes before the Court upon plaintiff's Motion to Voluntarily Dismiss Defendant American Family Standard Insurance Company of Wisconsin Without Prejudice [Docket No. 12].  The Court has reviewed the pleading and is fully advised in the premises.  It is

     ORDERED that the Motion to Voluntarily Dismiss Defendant American Family Standard Insurance Company of Wisconsin Without Prejudice [Docket No. 12] is GRANTED.  It is further

     ORDERED that, pursuant to Fed. R. Civ. P. 41(a), all claims against defendant American Standard Insurance Company of Wisconsin are dismissed without prejudice, with each party to bear its own attorneys' fees and costs.

DATED January 3, 2012.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge