IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.    11-cv-02717-PAB-MJW

JAMES L. NERO, individually and on behalf of a class of others similarly situated,

Plaintiff(s),

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,
Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Defendant's Motion for Entry of Protective Order (docket no. 30) is GRANTED finding good cause shown.  The written Protective Order (docket no. 30-1) is APPROVED and made an Order of Court.

Date:  February 27, 2012