IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.    11-cv-02717-PAB-MJW

JAMES L.  NERO, individually and on behalf of a class of others similarly situated,

Plaintiff(s),

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that Plaintiff's Motion to Compel Defendant's Compliance with Rule 26(a)(1) Disclosures and For Sanctions (docket no. 40) is DENIED for the following reasons.  I find that Defendant American Family Mutual Insurance Company has already provided to Plaintiff disclosures consistent with Fed. R. Civ. P. 26(a)(1). See record of the Rule 16 Scheduling Conference held on January 27, 2012, before Magistrate Judge Watanabe.  Moreover, I find for those additional reasons as outlined in the Response (docket no. 47), which this court incorporates by reference, the motion should be denied. Lastly, I find that each party shall pay their own attorney fees and costs for the subject motion (docket no. 40).  If Plaintiff seeks additional discovery, the Rule 16 Scheduling Order on Class Certification Only (docket no. 26), outlines the permissible discovery at this stage of this litigation.

Date:    April 13, 2012