IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-02717-PAB-MJW

JAMES L. NERO, individually and on behalf of a class of others similarly situated,

Plaintiffs,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the Unopposed Motion to Partially Amend Filing of Exhibit B to Plaintiffs [sic] Supplement to Motion to Compel Responsive Answers to Plaintiff's First Set of Interrogatories and for Sanctions (Docket No. 70) is GRANTED for good cause shown. Attachment 2 (identified as Exhibit B) to Docket No. 69 shall be restricted at Level 1.

Date: September 17, 2012