IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 11-cv-02717-PAB

JAMES L. NERO, individually and on behalf of a class of others similarly situated,

    Plaintiffs,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

    Defendant.

_____

**ORDER**
_____

This matter is before the Court on plaintiffs' "Partial Motion to Overrule Defendant's Statute of Limitations Defense in the Pending Rule 12 Motion to Dismiss" [Docket No. 27]. The motion requests that "any putative statute of limitations Affirmative Defense be overruled from Defendant's pending Rule 12 Motion to Dismiss, [sic] for failure to state the defense with reasonable particularity." Docket No. 27 at 3. This appears to be little more than an argument for why defendant's motion to dismiss [Docket No. 20] should be denied to the extent it may rely on a statute of limitations defense. Plaintiffs have already included the same argument in their response to defendant's motion to dismiss. *See* Docket No. 28 at 9. The argument should be limited to that response, instead of duplicating it in the guise of a motion to "overrule" a portion of the motion to dismiss. Consequently, it is

**ORDERED** that plaintiffs' "Partial Motion to Overrule Defendant's Statute of Limitations Defense in the Pending Rule 12 Motion to Dismiss" [Docket No. 27] is

DENIED without prejudice to consideration of the same arguments raised within plaintiffs' response to defendant's motion to dismiss.

DATED September 21, 2012.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge