**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  11-cv-02717-PAB-MJW

JAMES L. NERO, individually and on behalf of a class of others similarly situated,

   Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

   Defendant.

---

**FINAL JUDGMENT**

---

In accordance with orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

I.   Pursuant to the Order of Dismissal Without Prejudice as to Defendant American Standard Insurance Company of Wisconsin (Doc. #17) of Judge Philip A. Brimmer entered onJanuary 3, 2012 it is

ORDERED that the Motion to Voluntarily Dismiss Defendant American Family Standard Insurance Company of Wisconsin Without Prejudice (Doc. # 12) is granted. Pursuant to Fed. R. Civ. P. 41(a), all claims against defendant American Standard Insurance Company of Wisconsin are dismissed without prejudice, with each party to bear its own attorneys' fees and costs.

II.   Pursuant to the Order (Doc #88) of Judge Philip A. Brimmer entered on September 28, 2012 it is

ORDERED that judgment is entered in favor of defendant AMERICAN FAMILY

MUTUAL INSURANCE COMPANY and against Plaintiff JAMES L. NERO, that Plaintiff recover nothing, and that the action be dismissed in its entirety.  It is

FURTHER ORDERED that Defendant AMERICAN FAMILY MUTUAL INSURANCE COMPANY is **AWARDED** its costs, to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 2nd day of October, 2012.

FOR THE COURT:
GREGORY C. LANGHAM, CLERK

By: s/Edward P. Butler

Edward P. Butler
Deputy Clerk